IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTALEE DeHOYOS
    Plaintiff,

v.                                  13-CV-307-ACT/KBM

WAL-MART STORES, INC. a foreign
Corporation doing business in New Mexico,
and JOHN DOE,
    Defendants.

## STIPULATED ORDER TO RELEASE RECORDS

THIS MATTER coming before the Court upon the Motion of the Workers' Compensation Administration (WCA) for an order to release records pursuant to NMSA 1978, §52-5-21 (1991) and subsection BB(3) of Section 7, 11.4.1 NMAC, and the Court having reviewed the pleading and otherwise fully being informed in the premises.

THE COURT FINDS that all parties have stipulated to the release of Workers' Compensation Administration records.

IT IS FURTHER ORDERED that within ten (10) working days of the date stamp of this Order, the WCA shall submit to requesting party a true and complete copy of all WCA records requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

_/s/ Karen B Molzen_____
THE HONORABLE KAREN B. MOLZEN
District Court Judge

Submitted by:

_____*/s/*_____
ROBERTA BACA, for WCA
WCA Assistant General Counsel

Approved by:

*Telephonic approval on 10/30/13*
JEFFREY SCOTT TRESPEL
Attorney for Plaintiff, Crystalee DeHoyos

*Telephonic approval on 10/23/13 by RMW*
RYAN M. WALTERS and/or CRAIG PHILLIPS
Attorney for Defendant, Wal-Mart Stores, Inc. and John Doe